# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **VDPP, LLC,**<br>　　　Plaintiff,<br><br>v.<br><br>**INTER IKEA SYSTEMS B.V.,**<br>　　　Defendant | Civil Action No. 4:25-cv-05900<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, VDPP, LLC, files this Notice of Voluntary Dismissal of this action for all of Plaintiff's claims as defendant has not answered or filed a motion for summary judgment. The dismissal of Plaintiff's claims shall be WITHOUT PREJUDICE as to the asserted patent. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: March 4, 2026

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ William P. Ramey, III*
　　　　　　　　　　　　　　　　　　　　　　William P. Ramey, III
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24027643
　　　　　　　　　　　　　　　　　　　　　　**Ramey LLP**
　　　　　　　　　　　　　　　　　　　　　　446 Heights Blvd., Suite 200
　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77007
　　　　　　　　　　　　　　　　　　　　　　(713) 426-3923
　　　　　　　　　　　　　　　　　　　　　　wramey@rameyfirm.com

　　　　　　　　　　　　　　　　　　　　　　***Attorneys for VDPP, LLC***

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that March 4, 2026, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

*/s/ William P. Ramey, III*
William P. Ramey, III